# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PURTUE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. KEARNES, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00551-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPIES OF INMATE APPEALS<br><br>[ECF No. 28] |

　　　　Plaintiff Michael Purtue is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 2, 2016, Plaintiff filed a motion for copies of all his 602 appeals and supporting documents.

　　　　Plaintiff is advised that the Court does not ordinarily provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff except by order of the judge. Furthermore, Plaintiff does not indicate and the Court cannot ascertain from the

1  conclusory nature of Plaintiff's request the need for such documentation.  Accordingly, Plaintiff's
2  motion for copies of all his 602 appeals and supporting documents is DENIED.

4  IT IS SO ORDERED.

5  Dated:   **December 5, 2016**
6                                     UNITED STATES MAGISTRATE JUDGE