UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PURTUE,<br><br>              Plaintiff,<br><br>     v.<br><br>G. EBERLE et al.,<br><br>              Defendants. | No. 1:15-cv-00551-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 20, 22) |

Plaintiff Michael Purtue is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 10, 2016, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for a preliminary injunction be denied. (Doc. No. 22.) The findings and recommendations were served on the parties and contained notice that objections thereto were to be filed within thirty days. (*Id.*) Plaintiff filed his objections to the findings and recommendations on November 28, 2016. (Doc. No. 27.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's

objections, the court finds the findings and recommendation to be supported by the record and by proper analysis.

Based on the foregoing,

1. The November 10, 2016 findings and recommendations (Doc. No. 22) are adopted in full; and
2. Plaintiff's motion for a preliminary injunction (Doc. No. 20) is denied.

IT IS SO ORDERED.

Dated: __**January 6, 2017**__         _/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE