**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PURTUE,<br><br>    Plaintiff,<br><br>    v.<br><br>B. KEARNES, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00551-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO AMEND FILED DECEMBER 21, 2016<br><br>[ECF No. 35] |

Plaintiff Michael Purtue is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 21, 2016, Plaintiff filed a motion for leave to file an amended complaint, and submitted a proposed third amended complaint which was lodged by the Court. (ECF Nos. 35, 36.) Defendants have not filed an opposition or statement of non-opposition to Plaintiff's motion. Local Rule 230(l). Accordingly, within twenty-one (21) days from the date of service of this order, Defendants shall file an opposition or statement of non-opposition to Plaintiff's motion for leave to amend the complaint.

IT IS SO ORDERED.

Dated: **January 24, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1