**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PURTUE,<br><br>      Plaintiff,<br><br>    v.<br><br>B. KEARNES, et al.,<br><br>      Defendants. | Case No.: 1:15-cv-00551-DAD-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO OBTAIN DOCUMENTS FROM THE COURT AS MOOT<br><br>[ECF No. 47] |

Plaintiff Michael Purtue is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 6, 2017, Plaintiff filed a motion requesting a copy of the Defendants' motion for summary judgment filed on December 27, 2016.

Inasmuch as the Court sent Plaintiff a courtesy copy of Defendants' motion for summary judgment and extended the time to file an opposition on January 24, 2017, Plaintiff's second request shall be disregarded as moot.  The Court notes that pursuant to the January 24, 2017, order, Plaintiff's opposition is presented due on or before February 23, 2017.

IT IS SO ORDERED.

Dated:  **February 7, 2017**

                                            UNITED STATES MAGISTRATE JUDGE

1