UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PURTUE,<br><br>        Plaintiff,<br><br>    v.<br><br>B. KEARNES, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-00551-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING OFFICIALS MISCONDUCT<br><br>[ECF No. 52] |

      Plaintiff Michael Purtue is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On February 17, 2017, Plaintiff filed a motion regarding alleged prison officials misconduct. Plaintiff contends that "there is an inmate lying to the court about being Plaintiff['s] representation [sic]." Plaintiff contends that Warden K. Holland and her captains have paid an inmate to pretend to be acting as Plaintiff's legal representative in order to obtain documents to his civil rights action and to sabotage his civil rights complaint in order to get out of the lawsuit. Plaintiff contends that he never received a courtesy copy of Defendants' motion for summary judgment, and Plaintiff requests a copy of the entire court file. Plaintiff's motion must be denied.

      First, Plaintiff's claim that he never received a courtesy copy of Defendants' motion for summary judgment as ordered by the Court on January 24, 2017, Plaintiff's claim is belied by the fact that Plaintiff filed an opposition to Defendants' motion on February 17, 2017, and makes specific

1

reference and argument as to the contents of such motion. (See ECF No. 51.) Second, the Court has only received and filed documents submitted by Plaintiff, and the Court has only directed service of orders by mail on Plaintiff at his address of record. Third, the Court will not send Plaintiff a copy of the entire case file as it is clear that Plaintiff is receiving any and all filings in this case. Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **February 21, 2017**

UNITED STATES MAGISTRATE JUDGE