# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PURTUE,<br><br>    Plaintiff,<br><br>    v.<br><br>B. KEARNES, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00551-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING OFFICIAL MISCONDUCT AS DUPLICATIVE OF MOTION FILED FEBRUARY 17, 2017, DENIED ON FEBRUARY 22, 2017<br><br>[ECF No. 58] |

Plaintiff Michael Purtue is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 27, 2017, Plaintiff filed a second motion regarding official misconduct which is a duplicate copy of the motion filed on February 17, 2017, and denied on February 22, 2017. Accordingly, Plaintiff's second duplicate motion regarding official misconduct is denied as duplicative.

IT IS SO ORDERED.

Dated: **February 28, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1