1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL PURTUE,                          No. 1:15-cv-00551-DAD-SAB

12                    Plaintiff,

13          v.                                 ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS AND DENYING
14    G. EBERLE, et al.,                       MOTION FOR PRELIMINARY
                                               INJUNCTION
15                    Defendants.
                                               (Doc. Nos. 30, 34)
16

17

18          Plaintiff is appearing *pro se* and *in forma pauperis* in this civil rights filed action pursuant

19    to 42 U.S.C. § 1983.  Plaintiff filed a motion seeking a preliminary injunction on December 7,

20    2016.  (Doc. No. 30.)

21          The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

22    § 636(b)(1)(B) and Local Rule 302.  On December 16, 2016, the assigned magistrate judge issued

23    findings and recommendations recommending that the motion for a preliminary injunction be

24    denied.  The findings and recommendations were served on the parties and contained notice that

25    objections thereto were to be filed within thirty days.  (Doc. No. 34.)  Plaintiff timely filed

26    objections on December 29, 2016.  (Doc. No. 39.)

27          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has

28    conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

1

undersigned concludes the findings and recommendation are supported by the record and by proper analysis.

Based on the foregoing,

1. The findings and recommendations issued on December 16, 2016 (Doc. No. 34) are adopted in full; and

2. Plaintiff's motion for a preliminary injunction filed December 7, 2016 (Doc. No.  is denied.

IT IS SO ORDERED.

Dated:   **April 28, 2017**

_____
UNITED STATES DISTRICT JUDGE