1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL PURTUE,                        No. 1:15-cv-00551-DAD-SAB

12                 Plaintiff,

13        v.                                ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS AND DENYING
14   G. EBERLE, et al.,                     MOTION FOR PRELIMINARY
                                            INJUNCTION
15                 Defendants.
                                            (Doc. Nos. 37, 41)
16

17        Plaintiff Michael Purtue is appearing *pro se* and *in forma pauperis* in this civil rights

18   action filed pursuant to 42 U.S.C. § 1983.

19        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

20   § 636(b)(1)(B) and Local Rule 302.  On January 4, 2017, the assigned magistrate judge issued

21   findings and recommendations which were served on the parties and contained notice that

22   objections were to be filed within thirty days.  The thirty day period has expired and no objections

23   to the findings and recommendations were filed.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has

25   conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

26   undersigned concludes the findings and recommendations are supported by the record and by

27   proper analysis.

28   /////

                                          1

Accordingly,

1.  The findings and recommendations filed on January 4, 2017 (Doc. No. 41) are adopted in full; and

2.  Plaintiff's motion for a preliminary injunction filed on December 22, 2016 (Doc. No. 37) is denied.

IT IS SO ORDERED.

Dated:  __**May 11, 2017**__

_____
UNITED STATES DISTRICT JUDGE